# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARK HODGE,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>C. GIBSON,<br><br>　　　　　　Respondent. | Case No. CV 12-9049-TJH (JEM)<br><br>**J U D G M E N T** |

　　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　　IT IS HEREBY ADJUDGED that the action is dismissed without prejudice to Petitioner filing a new petition if he obtains the necessary authorization from the Ninth Circuit.

DATED: <u>November 30, 2012</u>

　　　　　　　　　　　　　　　　　　　　　_/s/ Terry J. Hatter, Jr._
　　　　　　　　　　　　　　　　　　　　　TERRY J. HATTER, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE