# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK HODGE, | ) | Case No. CV 12-9049-TJH (JEM) |
| Petitioner, | ) | |
| | ) | **J U D G M E N T** |
| v. | ) | |
| C. GIBSON, | ) | |
| Respondent. | ) | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice to Petitioner filing a new petition if he obtains the necessary authorization from the Ninth Circuit.

DATED: November 30, 2012

TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE